1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE HICKS ) | Case No.  CIV-09-2435 DAD |
| ) | |
| ) | **STIPULATION AND ORDER** |
| Plaintiff, ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 6, 2010, to September 10, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule – she  has five older cases which must be filed within the next week and needs to extend the due date for Ms. Hicks's summary judgment motion.

/ / / /

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | Dated: August 5, 2010 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: August 6, 2010        Benjamin B. Wagner
                             United States Attorney

                             /s/Shea Bond
                             SHEA BOND
                             Special Assistant U.S. Attorney

                             Attorney for Defendant

**ORDER**

Plaintiff was previously granted a three-month extenstion of time to file a motion for summary judgment. She now requests an additional thirty five days. The request will be granted, but the court does not anticipate granting plaintiff a third extension of time in this case absent extraordinary circumstances.

IT IS ORDERED that:

1. Plaintiff's August 6, 2010 stipulation (Doc. No. 17) is approved; and

2. Plaintiff's time to file a motion for summary judgment is extended to September 10, 2010.

DATED: August 10, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\hicks2435.eot.sec