1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GERALYN A. GULSETH, CA SBN 160872
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8923
       Facsimile:  (415) 744-0134
7      E-Mail: Geralyn.Gulseth@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                            **SACRAMENTO DIVISION**

12

13 DESIREE HICKS,                          )
                                           )      CIVIL NO. 09-2435 DAD
14     Plaintiff,                          )
                                           )
15          v.                             )      STIPULATION AND ORDER
                                           )
16 MICHAEL J. ASTRUE,                      )
   Commissioner of                         )
17 Social Security,                        )
                                           )
18     Defendant.                          )
   _____)

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's

22 motion for summary judgment, due to the recent transfer of this case from prior counsel to relieve her

23 workload, as well as my mentoring duties.  The current due date is November 12, 2010.  The new due

24 date will be December 13, 2010.

25 //

26 //

27 //

28 //

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 8, 2010

/s/ Bess M. Brewer
(As authorized via e-mail)
Bess M. Brewer
Attorney for Plaintiff

Dated: November 8, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Geralyn A. Gulseth
GERALYN A. GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: November 10, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\hicks2435.eot.css2