BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN A. GULSETH, CA SBN 160872
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8923
   Facsimile: (415) 744-0134
   E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DESIREE HICKS,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 09-2435 DAD<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a third extension of time of 30 days to respond to Plaintiff's motion for summary judgment. Counsel for Defendant previously requested a second extension of time due to her mentoring duties and the recent transfer of the case from prior counsel to relieve her workload. Counsel for Defendant is now respectfully requesting an additional extension of time in order to consult with the Appeals Council about the possibility of settlement, and due to her workload, her continuing mentoring duties, and the voluminous administrative record.

The current due date is December 13, 2010. The new due date will be January 12, 2011.

////

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 9, 2010              /s/ *Bess M. Brewer*
                                     (As authorized via e-mail)
                                     Bess M. Brewer
                                     Attorney for Plaintiff

Dated: December 9, 2010              BENJAMIN B. WAGNER
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ *Geralyn A. Gulseth*
                                     GERALYN A. GULSETH
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

## ORDER

IT IS ORDERED that the parties' stipulation is approved, and defendant is granted a third extension of time to January 12, 2011, to respond to plaintiff's motion for summary judgment. The court does not anticipate granting a fourth extension of time for this purpose.

DATED: December 13, 2010.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\hicks2435.eot.css3