BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN A. GULSETH, CA SBN 160872
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8923
    Facsimile:  (415) 744-0134
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DESIREE HICKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br>  _____ ) | CIVIL NO. 2:09-CV-2435 DAD <br><br> STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the ALJ will further evaluate the treating, nontreating, and nonexamining source opinions.  The ALJ will also obtain testimony from a vocational expert to determine if there are jobs in the national economy that the Plaintiff is capable of performing.  The Appeals Council and/or ALJ may take any additional action deemed warranted to issue a new decision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in

favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 29, 2010         /s/ *Bess Brewer*
                                 (As authorized via e-mail)
                                 Bess M. Brewer
                                 Attorney for Plaintiff

Dated: December 28, 2010         BENJAMIN B. WAGNER
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ *Geralyn A. Gulseth*
                                 GERALYN A. GULSETH
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that the final decision of defendant Commissioner of Social Security is reversed and this action is remanded to the Commissioner for further administrative action pursuant to 42 U.S.C. § 405(g), sentence four, in accordance with the terms of the parties' stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant Commissioner. Plaintiff's motion for summary judgment (Doc. No. 19) is moot.

DATED: January 3, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders\soc sec\hicks2435.stipord.remand