1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   GERALYN GULSETH, CA SBN 160872
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8923
      Facsimile:  (415) 744-0134
7     E-Mail: Geralyn.Gulseth@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                 **SACRAMENTO DIVISION**

12  DESIREE HICKS,                    )
                                      )      CIVIL NO. 2:09-CV-02435-DAD
13       Plaintiff,                   )
                                      )
14       v.                           )      STIPULATION AND ORDER APPROVING
                                      )      SETTLEMENT OF ATTORNEY FEES
15  MICHAEL J. ASTRUE,                )      PURSUANT TO THE EQUAL ACCESS TO
    Commissioner of                   )      JUSTICE ACT
16  Social Security,                  )
                                      )
17       Defendant.                   )
                                      )
18  _____  )

19
20      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

21  subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

22  Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, NINE-HUNDRED FIFTY

23  DOLLARS AND ZERO CENTS ($5,950.00). This amount represents compensation for all legal

24  services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

    with 28 U.S.C. § 2412(d).
25
        After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will
26
    consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant
27
    to Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will
28
    depend on whether the fees and expenses are subject to any offset allowed under the United States

Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.


Dated: April 1, 2011            */s/ Bess M. Brewer*
                                *(As authorized via email)*

                                BESS M. BREWER
                                Attorney for Plaintiff


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: April 1, 2011     By: _____ */s/ Geralyn Gulseth*
                                GERALYN GULSETH
                                Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, and as authorized by 28 U.S.C. § 2412(d), IT IS ORDERED that Plaintiff shall be awarded attorney fees in the amount of FIVE THOUSAND, NINE-HUNDRED FIFTY DOLLARS AND ZERO CENTS ($5,950.00), subject to the terms of the above-referenced stipulation.  Plaintiff's motion for an award of attorney's fees under 28 U.S.C. § 2412(d) (Doc. No. 30) is rendered moot by this order.

DATED: April 6, 2011.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\hicks2435.stipord.attyfee.eaja

3